| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

**FINANCIAL DISCLOSURE REPORT**

**FOR CALENDAR YEAR 2004**

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Merryday, Steven D | 2. Court or Organization  Middle District of Florida | 3. Date of Report  5/10/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Active) | 5. ReportType (check appropriate type)  ○ Nomination,   Date  ○ Initial   ● Annual   ○ Final | 6. Reporting Period  1/1/2004  to  12/31/2004 |
| 7. Chambers or Office Address  801 North Florida Avenue  Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

**I. POSITIONS.** (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

**II. AGREEMENTS.** (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Merryday, Steven D | 5/10/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA (CAPIT. SEC. OF AMER.) (1) (Details Follow) | E | Dividend | O | T | | | | | |
| 2. JUNIPER (JNPR) | A | Dividend | | | BUY | 1/02 | K | | |
| 3. | | | | | SELL | 1/23 | J | C | |
| 4. | | | | | SELL | 1/29 | J | B | |
| 5. | | | | | SELL | 2/23 | J | A | |
| 6. | | | | | SELL | 3/22 | K | B | |
| 7. AMEX FINANCIAL (XLF) | A | Dividend | | | SELL | 3/18 | K | C | |
| 8. MORGAN STANLEY (MWD) | A | Dividend | | | SELL | 1/22 | K | C | |
| 9. ACCENTURE ( CN) | A | Dividend | | | SELL | 1/13 | K | A | |
| 10. GENENTECH (DNA) | A | Dividend | | | SELL | 3/10 | K | D | |
| 11. AMERICAN EXPRESS (AXP) | A | Dividend | | | SELL | 4/15 | K | B | |
| 12. FINANCIAL (XLF) | A | Dividend | | | SELL | 3/18 | K | A | |
| 13. GENERAL ELECTRIC (GE) | A | Dividend | | | BUY | 1/26 | K | | |
| 14. | | | | | SELL | 3/08 | K | A | |
| 15. PROFUNDS (USPIX) | A | Dividend | | | BUY | 3/08 | K | | |
| 16. | | | | | SELL | 3/25 | K | A | |
| 17. J.P. MORGAN (JPM) | A | Dividend | | | BUY | 1/06 | K | | |
| 18. | | | | | SELL | 4/02 | K | C | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. iSHARES (IWM) | A | Dividend | | | BUY | 6/07 | K | | |
| 20. | | | | | SELL | 7/06 | K | A | |
| 21. LEAMAN BROS. (LEH) | A | Dividend | | | BUY | 6/07 | K | | |
| 22. | | | | | SELL | 6/15 | K | A | |
| 23. NASDAQ 100 (QQQ) | A | Dividend | | | BUY | 5/25 | K | | |
| 24. | | | | | SELL | 6/21 | K | A | |
| 25. SPDR TR. (SPY) | A | Dividend | | | BUY | 5/25 | K | | |
| 26. | | | | | SELL | 7/06 | K | A | |
| 27. SEMICON. HOLDERS (SMH) | A | Dividend | | | BUY | 8/06 | K | | |
| 28. | | | | | SELL | 8/09 | K | A | |
| 29. BEAR STEARNS (BSC) | A | Dividend | | | BUY | 9/02 | K | | |
| 30. | | | | | SELL | 9/30 | K | B | |
| 31. JOHNSON & JOHNSON (JNJ) | A | Dividend | | | BUY | 4/15 | K | | |
| 32. | | | | | SELL | 9/30 | K | B | |
| 33. CHICAGO MERC. (CME) | A | Dividend | | | BUY | 9/13 | K | | |
| 34. | | | | | SELL | 10/13 | K | C | |
| 35. iSHARES (IJR) | A | Dividend | J | T | BUY | 10/06 | J | | |
| 36. SEMICON. HOLDERS (SMH) | A | Dividend | | | BUY | 10/21 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merryday, Steven D | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | A | Dividend | | | BUY | 10/27 | K | | |
| 38. | | | | | SELL | 11/03 | L | B | |
| 39. TEXAS INSTR. (TXN) | A | Dividend | | | BUY | 11/17 | K | | |
| 40. | | | | | SELL | 11/30 | K | A | |
| 41. NOKIA (NOK) | A | Dividend | | | BUY | 1/08 | K | | |
| 42. | | | | | SELL | 3/22 | K | A | |
| 43. GOLDMAN SACHS (FSMXX) | C | Dividend | | | BUY | 3/31 | N | | |
| 44. | | | | | SELL | 12/15 | M | A | |
| 45. APPLE COMP. (AAPL) | A | Dividend | K | T | BUY | 12/30 | K | | |
| 46. SPDR TR. (SPY) | A | Dividend | L | T | BUY | 12/1 | L | | |
| 47. UNITED TECH. (UTX) | A | Dividend | K | T | BUY | 12/02 | K | | |
| 48. GOOGLE (GOOG) | A | Dividend | K | T | BUY | 12/14 | K | | |
| 49. CITIGROUP ( C ) | A | Dividend | K | T | BUY | 12/22 | K | | |
| 50. DELL (DELL) | A | Dividend | K | T | BUY | 11/15 | K | | |
| 51. iSHARES (IJR) | A | Dividend | K | T | BUY | 11/04 | K | | |
| 52. TAMPA RENTAL PROPERTY (2) | | None | M | S | | | | | |
| 53. WACHOVIA (MMARKET ACC'TS) | B | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Merryday, Steven D | 5/10/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

(1) Same IRA as in earlier years; custodian transferred assets from Wachovia to Capital Securities.

(2) Assessed value is $162,609. Market value is somewhat more. In years prior to 1996, this real estate was not held for rental; it is my former home on a lake front. I have owned it since 1982. I rented it for the first time in 1996 and ceased renting in August, 1997; hence its appearance on the form. The property is unrented and for sale.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Merryday, Steven D | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                     Date _____ May 11th, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States District Court

MIDDLE DISTRICT OF FLORIDA
UNITED STATES COURTHOUSE
801 NORTH FLORIDA AVENUE, SUITE 1530
TAMPA, FLORIDA 33602-3800

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

(813) 301-5001

August 19, 2005

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

FINANCIAL DISCLOSURE OFFICE    2005 AUG 26  A 10: 40    RECEIVED

Dear Judge Lisi:

Your July 28 letter correctly directs my attention to Part VII, lines 7 and 12, of my 2004 financial disclosure report, which appears to report two distinct transactions on the same day, March 18th, each involving an investment reported with slightly different names ("Amex Financial" and "Financial") but the same symbol ("XLF").

Simply stated, line 7 was intended to replace line 12 but line 12 was apparently not deleted from my draft, which I failed to notice. Line 7 contains the correct "gain code" and the more complete name ("XLF" is an investment in the financial sector and is sometimes called the "Financial Select Sector SPDR," but always employs the symbol "XLF"). Line 12 should be deleted as surplusage.

I understand and intend that this letter will amend the 2004 report to delete line 12.

Very truly yours,

Steven D. Merryday
United States District Judge

SDM:bk